■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL MALAVE, Appellant. [751 NYS2d 747] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered September 21, 2000, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court erred in declining to give a charge on intoxication (*see* Penal Law § 15.25) is without merit, as the evidence was insufficient to conclude that a reasonable juror might find that the defendant's intent was affected by the alcohol that he consumed (*see People v Gaines,* 83 NY2d 925; *People v Rodriguez,* 76 NY2d 918; *People v Perry,* 61 NY2d 849). Prudenti, P.J., Florio, Friedmann and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS NEGRONI, Appellant. [751 NYS2d 856] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 5, 2001 (*People v Negroni,* 280 AD2d 497), affirming a judgment of the Supreme Court, Kings County, rendered June 26, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Feuerstein, J.P., Krausman, Friedmann and H. Miller, JJ., concur.